DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

Attorneys for the Government

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-MJ-0138-PAL-PAL |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS |
| **MICHAEL LOFTON**, ) | <u>CRIMINAL COMPLAINT</u> |
| Defendant. ) | |

The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against

defendant **MICHAEL LOFTON** which are contained in Criminal Complaint 2:12-MJ-0138-PAL-PAL. Instead, the government will proceed against defendant MICHAEL LOFTON on the charges brought by Indictment in 2:12-CR-0004-JCM-GWF.

DATED this _21st__ day of March, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Certificate of Service

I, Kimberly M. Frayn, do hereby certify that I am an employee of the Organized Crime Strike Force, United States Attorney's Office, District of Nevada, and that onFebruary 17, 2012, I served a copy of the following:

 MOTION TO DISMISS CRIMINAL COMPLAINT and proposed ORDER OF DISMISSAL

upon the defendant's counsel of record by electronic means through ECEMF

DATED: March 21, 2012          /s/Kimberly M. Frayn
                               KIMBERLY M. FRAYN
                               Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-MJ-0138-PAL-PAL |
| Plaintiff, ) | |
| v. ) | ORDER FOR DISMISSAL |
| **MICHAEL LOFTON**, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant **MICHAEL LOFTON** that are contained the above-captioned Criminal Complaint.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this GHIå day of March 2012

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE COURT JUDGE